```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 14227
    BENEDYKT BAGINSKI
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1977

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/08/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
GOMBERG SHARFMAN GOLD OS   NOTICE ONLY   NOT FILED             .00           .00
TWG FUNDING XVII LLC       CURRENT MORTG       .00             .00           .00
TWG FUNDING XVII LLC       CURRENT MORTG       .00             .00           .00
TWG FUNDING XVII LLC       CURRENT MORTG       .00             .00           .00
TWG FUNDING XVII LLC       CURRENT MORTG       .00             .00           .00
TWG FUNDING XVII LLC       CURRENT MORTG       .00             .00           .00
WELLS FARGO FINANCIAL BA   CURRENT MORTG       .00             .00           .00
WELLS FARGO BANK           UNSECURED       3196.15             .00           .00
TWG FUNDING XVII LLC       SECURED NOT I      .00             .00           .00
TWG FUNDING XVII LLC       SECURED NOT I      .00             .00           .00
TWG FUNDING XVII LLC       SECURED NOT I      .00             .00           .00
TWG FUNDING XVII LLC       SECURED NOT I      .00             .00           .00
TWG FUNDING XVII LLC       SECURED NOT I      .00             .00           .00
PRO SE DEBTOR              DEBTOR ATTY        .00                            .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     --------------    --------------
TOTALS                     .00                 .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14227 BENEDYKT BAGINSKI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE